IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc., | ) | |
| | ) | C.A. No. 4:09-356-TLW-TER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Homewood Farm Supply, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the plaintiff's motion for default judgment be granted and that judgment be entered against defendant in the amount of $37,683.03, plus interest and costs.[1] No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

---

[1] The Magistrate Judge directed plaintiff's counsel to submit an Affidavit of Costs within ten days of the date of the Report. Plaintiff's Counsel has complied.

1

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 15), plaintiff's motion for default judgment is granted and judgment is entered against defendant in the amount of $ 37, 683.03, plus interest, and costs, in the amount of five hundred sixty dollars and thirty cents ($560.30).

**IT IS SO ORDERED.**

    s/ Terry L. Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**

August 31, 2009
Florence, South Carolina